**Title:**	Latin Booty	**Network:**	BitTorrent
**SHA-1 Hash:**	4D3516BAC83DB7C54FB50A90C87B3C50B5E64691	**District:**	Maryland

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 1 | 24.49.57.195 | 10/24/2011 0:04 | Hagerstown | MD | Antietam Cable Television |
| 2 | 204.195.183.66 | 12/9/2011 11:15 | Stevensville | MD | ATLANTIC BROADBAND |
| 3 | 75.148.0.149 | 11/1/2011 18:54 | Gaithersburg | MD | Comcast Business Communications |
| 4 | 68.33.11.95 | 9/26/2011 3:52 | Upper Marlboro | MD | Comcast Cable |
| 5 | 68.48.209.116 | 10/11/2011 22:41 | Havre De Grace | MD | Comcast Cable |
| 6 | 68.49.239.253 | 10/7/2011 16:31 | Accokeek | MD | Comcast Cable |
| 7 | 68.50.178.42 | 12/4/2011 8:22 | Greenbelt | MD | Comcast Cable |
| 8 | 69.138.205.80 | 11/17/2011 12:18 | Rosedale | MD | Comcast Cable |
| 9 | 69.140.171.78 | 9/21/2011 9:07 | Bethesda | MD | Comcast Cable |
| 10 | 71.199.98.3 | 12/9/2011 9:02 | Frostburg | MD | Comcast Cable |
| 11 | 76.100.220.233 | 9/6/2011 2:00 | Elkton | MD | Comcast Cable |
| 12 | 98.219.210.74 | 12/6/2011 7:47 | Frostburg | MD | Comcast Cable |
| 13 | 108.15.82.126 | 8/31/2011 6:22 | Halethorpe | MD | Verizon Internet Services |
| 14 | 108.18.199.213 | 12/4/2011 4:36 | Temple Hills | MD | Verizon Internet Services |
| 15 | 108.28.84.28 | 11/2/2011 3:31 | Laurel | MD | Verizon Internet Services |
| 16 | 108.45.73.153 | 10/23/2011 16:07 | Rockville | MD | Verizon Internet Services |
| 17 | 173.66.236.217 | 11/28/2011 0:36 | Laurel | MD | Verizon Internet Services |
| 18 | 173.66.92.92 | 9/27/2011 22:57 | Temple Hills | MD | Verizon Internet Services |
| 19 | 173.69.178.97 | 11/29/2011 15:03 | Columbia | MD | Verizon Internet Services |
| 20 | 71.126.179.201 | 10/9/2011 6:40 | Bowie | MD | Verizon Internet Services |
| 21 | 74.107.66.102 | 11/4/2011 14:40 | Arnold | MD | Verizon Internet Services |
| 22 | 96.231.147.8 | 10/25/2011 19:08 | Laurel | MD | Verizon Internet Services |

EXHIBIT A

MD11

| 23 | 96.244.71.156 | 10/14/2011 14:38 | Rosedale | MD | Verizon Internet Services |

EXHIBIT A

MD11