## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND


**PATRICK COLLINS, INC.**
  **Plaintiff**     *

  **v.**       *   **Civil No.:  JFM-12-87**

**ANNA R. PEREZ**    *
  **Defendant**

       ******


### ORDER OF DEFAULT

It appearing from the records and/or affidavit of Patrick Collins, Inc. that the summons and

Complaint were properly served upon the above named Defendant on April 23, 2012 , and that

the time for said Defendant to plead or otherwise defend expired on May 14, 2012, and that said

Defendant has failed to plead or otherwise defend as directed in said summons and as provided

by the Federal Rules of Civil Procedure.

   Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules

of Civil Procedure, it is

   **ORDERED**, that default for want of answer or other defense by said Defendant is

entered this  21st   day of   June, 20 12       .

         FELICIA C. CANNON, CLERK



     By: /S/
        Katina Tyson, Deputy Clerk